# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3852

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Robert Robinson, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 8, 2003

Filed: April 21, 2003

_____

Before McMILLIAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

On appeal, Robert Robinson contends the district court's[*] finding that Robinson shall be committed for mental health treatment under 18 U.S.C. § 4245 is clearly erroneous. Robinson's counsel has filed a brief in support of Robinson's contention and requests permission to withdraw under Anders v. California, 386 U.S. 738 (1967). Although Robinson was granted permission to file a pro se supplemental brief, he has not done so.

_____

[*]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

After review of counsel's <u>Anders</u> brief along with our independent review of the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we conclude that there are no nonfrivolous issues for appeal. We thus affirm the judgment of the district court, deny as moot Robinson's pro se motions for discovery and for transcripts at government expense, and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.